IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DONALD EARL EARLY,<br><br>　　Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>　　Defendants. | § § § § § § § § § § § § | Civil Action No. 4:14-cv-370-O |

**ORDER**

The United States Magistrate Judge made a report and recommendation in this case. No objections were filed. The District Court reviewed the proposed report and recommendation for plain error. Finding none, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Report and Recommendation of the United States Magistrate Judge is accepted.

**SO ORDERED** on this **10th day** of **September, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE